**AKIN & SALAMAN, P.C.**
**ONE GATEWAY CENTER**
**SUITE 2600**
**NEWARK, NEW JERSEY 07102**
**Tel. (201) 366-3650**

November 4, 2026

**<u>Via ECF</u>**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Hunsberger, et al. v. County of Putnam*
Case No. 7:26-cv-01024 (KMK)

Dear Judge Karas:

This firm represents Plaintiffs Daniel Hunsberger, Matthew Kraisky, and Kevin Osika ("Plaintiffs") with respect to the above-referenced action against Defendant County of Putnam ("the County") (Plaintiffs and the County, collectively, "the Parties"). The County is represented by Earl T. Redding, Esq., ("Mr. Redding") of Roemer Wallens Gold & Mineaux LLP. The Parties write jointly to respectfully request an adjournment of the telephonic status conference presently scheduled for November 9, 2026.

On October 6, 2026, the Court held a status conference at which the Parties requested 30 days to engage in settlement discussions. At the conclusion of the October 6 conference, the Court scheduled a subsequent status conference for November 9, 2026. Due to several unanticipated logistical considerations, Plaintiffs demand was first conveyed to Mr. Redding on November 4, 2026. The County requires additional time to assess and respond to Plaintiffs' demand. As such, the Parties jointly respectfully request the Court adjourn the upcoming November 9 status conference for a period of 30 days or as is otherwise convenient for the Court. This is the first request for an adjournment of the status conference, and the request is made jointly. If granted, no other deadlines are affected by this adjournment.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin & Salaman P.C.**

*/s/ Justin Ames*

Justin Ames
One Gateway Center, Suite 2600
Newark, NJ 07102
(201) 366-3650
<u>Justin@akinlaws.com</u>

*Counsel for Plaintiffs*

Granted.

The conference is moved to 12/11/26, at 11:00 via teleconference

So Ordered.

11/4/26